ORAL ARGUMENT HELD DECEMBER 12, 2011

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| ) | |
| AMERICAN PETROLEUM INSTITUTE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 09-1038 |
| ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, ) | |
| ) | |
| Respondent. ) | |

_____)

## STATUS REPORT

Pursuant to the Court's June 8, 2012, Order, Respondent United States

Environmental Protection Agency ("EPA") files this status report:

1.      Petitioner API seeks judicial review of a final agency action which

revises the definition of solid waste under the Resource Conservation and

Recovery Act ("RCRA"), 42 U.S.C. § 6912 et seq., and conditionally excludes

from that definition, and therefore from regulation as hazardous waste, certain

hazardous secondary materials.  *See Revisions to the Definition of Solid Waste*, 73

Fed. Reg. 64,668 (Oct. 30, 2008) ("DSW Rule").

2.      EPA issued a notice of proposed rulemaking regarding the DSW Rule.

*See* 75 Fed. Reg. 44,094 (July 22, 2011).  Pursuant to a settlement agreement with

Sierra Club, the EPA Administrator is required to sign and promptly submit to the

Office of the Federal Register a notice taking final administrative action

concerning the notice of proposed rulemaking no later than December 31, 2012.

EPA was not able to take final action by that date, and is evaluating how to

proceed.

      3.      The next status report is due March 7, 2014.

      Respectfully submitted,

      ROBERT G. DREHER
      Acting Assistant Attorney General

         /s/ Daniel R. Dertke
      DANIEL R. DERTKE, Attorney
      U.S. Department of Justice
      Environment & Natural Resources Div.
      Environmental Defense Section
      P.O. Box 7611
      Washington, D.C.  20044
      (202) 514-0994

OF COUNSEL:

ALAN CARPIEN
Office of General Counsel, U.S. EPA
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

Attorneys for Respondent EPA

January 6, 2014

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of January, 2014, the foregoing STATUS REPORT was served electronically via the Court's CM/ECF system upon counsel of record.


/s/  Daniel R. Dertke
DANIEL R. DERTKE